7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael J Hamby
*Debtor*

**J. Kevin Checkett**
   Plaintiff(s)

v.

**Joseph Hamby**
**Wilma Hamby**
   Defendant(s)

*Bankruptcy Case No.*
12–60598–abf7

*Adversary Case No.*
13–06002–abf

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is entered in favor of J. Kevin Checkett as trustee and against defendants Joseph Hamby and Wilma Hamby, jointly and severally, in the amount of $5,000.00, plus interest at the statutory rate, and all costs of this action.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 3/21/13

Court to serve